FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of New Mexico ▾

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                            ) Case No. **26mr1271**
550 Ice Caves Road )
Grants, New Mexico )
                                                            )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A.

located in the _____ District of _____New Mexico_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 641 | Theft of Government Property |

The application is based on these facts:
See attached affidavit submitted by Special Agent Brian Smith.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Brian R. Smith #57B June 15, 2026*

*Applicant's signature*

Brian Smith, Special Agent U.S. Forest Service

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephonically sworn and electronically signed    *(specify reliable electronic means)*.

Date: 6/15/2026

*Judge's signature*

City and state:  Albuquerque, New Mexico          Jennifer M. Rozzoni , U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 550 ICE CAVES ROAD GRANTS NEW MEXICO | Case No. _____ |

**AFFIDAVIT IN SUPPORT OF AN**
**APPLICATION FOR A SEARCH WARRANT**

I, Brian R. Smith, United States Forest Service Special Agent, being first duly sworn, do depose and hereby state the following.

**INTRODUCTION AND AFFIANT'S BACKGROUND**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search 550 Ice Caves Road Grants, NM 87020 (the "Subject Premises"), as further described in Attachment A, for the things described in Attachment B.

2. I am currently employed as a Special Agent ("SA") with the United States Department of Agriculture (USDA), United States Forest Service (USFS). I have been assigned to the Cibola National Forest since November 2025. Prior to becoming a Special Agent, I served as a Bureau of Land Management ("BLM") uniformed Law Enforcement Ranger for 6 years. During my law enforcement service with BLM, I worked in Arizona and Utah and several other western states where I investigated numerous misdemeanors and felony crimes in state and federal jurisdictions. Before serving as a BLM Law Enforcement Ranger, I served on active duty in the United States Coast Guard with duties including domestic and international law enforcement. I have investigated various types of incidents, collected evidence, conducted interviews,

prepared reports, written search warrant affidavits, executed search warrants, and testified in court.

3.    During my tenure as a law enforcement officer for more than 10 years, I have received formal training, as well as extensive on-the-job experience, in the investigation of thefts, criminal detection techniques, and technological advancements relevant to law enforcement.  I am a graduate of the Land Management Police Training Program and the Department of Interior Investigator Training Program conducted at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I am also a graduate of Criminal Investigator Training Program conducted at FLETC in Glynco, Georgia. As a part of these trainings, I have completed approximately 1,200 hours of instruction. These blocks of instruction and labs have enabled me to identify potential sources of physical, trace, and electronic evidence involved in violations of federal law and regulations, and to preserve and use such evidence in criminal investigations. These trainings also include course studies in Criminal law, Constitutional law, the Fourth Amendment of the Constitution, search and seizures, and federal court procedures.

4.    Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that government property was stolen in violation of 18 U.S.C. § 641.  There is also probable cause to believe that evidence of that offense will be found in the Subject Premises.

5.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents, agencies, and witnesses. This affidavit is intended to show merely that there is sufficient probable

2

cause for the requested warrant and does not set forth all my knowledge about this matter.

<u>**PROBABLE CAUSE**</u>

6.    The USFS and the Grants Police Department (GPD) are currently investigating burglaries at the USFS Fire Center at 206 Smokey Circle, Grants New Mexico, and the USFS District Office 1800 Lobo Canyon Road in Cibola County, New Mexico.  These lands are administered by the USFS, Cibola National Forest, Mount Taylor Ranger District.

7.    On the morning of December 13, 2025 2 USFS trucks and an All-Terrain Vehicle (ATV) (Vehicle Identification Number: 478TE220114203327) were stolen from the Mt. Taylor District Office at 1800 Lobo Canyon Road in Grants, New Mexico. GPD responded to investigate on December 13, 2025 after being notified by USFS employees of the thefts.  Both trucks were recovered later and the ATV is still outstanding.

8.    On the night of April 29-30, 2026, seven chainsaws and at least five gasoline containers were stolen from the USFS Fire Center at 206 Smokey Circle, Grants, New Mexico.  That night, someone broke into the building in which the chainsaws and fuel containers were stored by removing the screws from the security hasp and bypassing the padlock on the door. USFS staff noticed several shoe impressions in the sand around the storage building that did not belong to any of the employees. The shoe impressions led east to an arroyo that runs north to south along the boundary of the property. In the arroyo, GPD officers saw fresh ATV tracks that appeared to head

3

south after meeting the impressions of the shoes. Further south the ATV tracks were lost in a high traffic area with other ATV tracks.

9. On Monday May 4, 2026, USFS employees discovered the same storage building had been broken into again.  Six metal fuel cans, several bottles of chain-saw mix, and a game camera were missing from the building.  GPD officers that responded to investigate saw shoe impressions in the sand leading back to the same arroyo on the boundary of the property. Game cameras had been placed on the property after the first break-in and captured two adult male suspects at approximately 01:38 AM on May 4th, 2026, walking into the property near the fence line parallel to the arroyo. The suspects could not be identified because they were wearing hooded sweatshirts covering their faces from the camera angle.

10. On June 10, 2026, while on patrol in Cibola County, New Mexico, Cibola County Sheriff Office (CCSO) Deputy Alan Roane, observed a green ATV traveling eastbound on New Mexico Highway 122 at approximately 8:00 a.m. The ATV had two riders and did not display any registration plate or other registration markings. Deputy Roane conducted a traffic stop on the ATV.  Deputy Roane identified the driver as Robert Clark, a previously convicted felon who was then under the supervision of Adult Probation and Parole.   The ATV's Vehicle Identification Number was not readily evident (subsequent examination of the  ATV revealed that the cross-member where manufacturers often stamp the VIN had been completely cut off).   Clark initially stated that he had a bill of sale for the ATV.   While looking for a VIN or ownership documentation, Deputy Roane asked CLARK to open a bag that had been strapped to the ATV.   When Clark opened the bag, Deputy Roane observed

4

a handgun inside the bag.  Although Clark attempted to flee, he was soon apprehended and arrested for possessing a firearm as a convicted felon.  A syringe containing suspected methamphetamine was found during a subsequent inventory of the bag. CLARK was transported to the Cibola County Detention  Facility and booked on state charges of Possession of a Firearm by a Felon, Resisting/Evading/Obstructing an Officer, and Possession of a Controlled Substance (pending laboratory confirmation).

14.    On June 12, 2026, I met with Deputy Roane in Grants to determine if the ATV that CLARK had been riding belonged to the USFS. The VIN could not be located, and it appeared that the cross-member where the manufacturer had originally stamped the VIN had been completely cut off. On the ATV were two MSR brand red fuel cans. These fuel cans are commonly used by USFS wildland firefighters. It is rare to see them outside of wildland firefighting as they are far more expensive than a regular fuel cannister and hold a much smaller capacity that a regular fuel can. USFS uses these specific fuel cans as they fit into the pockets of wildland firefighting packs and are approved for flying in aircraft. There was also a metal chainsaw fuel and bar oil can strapped to the side of the ATV. SA Smith sent a photo of the fuel can to District Fire Management Officer Ryan Carbajal. Carbajal identified the can as the type that USFS Fire uses and explained that they were uncommon due to the metal construction and not readily available at most local stores.

15.    On June 12, 2026, I interviewed a Confidential Source ("CS")[1] who is known to associate with Clark.   The CS stated that the CS understood that Clark, Wesley

---

[1] The CS has no known criminal history and is providing this information without financial or legal compensation. The CS's information was supported by the photograph that the CS produced of a chainsaw with USFS style sheath that resembles the sheaths of the stolen chainsaws. Further, the CS's description of the Subject Premises and a blue van at those premises was verified by physical surveillance, which further corroborates the CS's information.

Reynolds, and another man had stolen things from the USFS facility on Smokey Circle in Grants. The CS stated that the CS understood that Clark had taken the ATV that he was riding when stopped by police from the USFS facility at Smokey Circle. The CS stated that Clark and his confederates possessed several chainsaws that had been stolen from USFS. The CS showed me a photograph of a Stihl MS044 chainsaw with a black sheath taken at Clark's residence at 15 Golden Acres Lane, Grants, New Mexico, on or about May 27, 2026. The sheath on the chainsaw is distinctive because it is used by wildland firefighters to carry the saw over their shoulder and to store a spare chain-saw chain in. The CS stated that the stolen property is kept at Cathy Reynolds' place at 550 Ice Caves Road, Grants, New Mexico (the Subject Premises). Cathy Reynolds is the mother of Wesley Reynolds.

### CONCLUSION

16.    I submit that this affidavit supports probable cause to search the Subject Premises described in Attachment A for the items listed in Attachment B.

8.    This affidavit was reviewed by Assistant United States Attorney Timothy Vasquez.

Respectfully submitted,

Brian Smith
Special Agent, USFS

Electronically signed and telephonically sworn to me on June 15, 2026.

Jennifer M. Rozzoni
United States Magistrate Judge
District of New Mexico

**ATTACHMENT A**
**PREMISES TO BE SEARCHED**

The property to be searched is the real property, buildings, improvements, and vehicles located at 550 Ice Caves Road, Grants, New Mexico 87020. The Subject Premises may be described as a single-story manufactured house with a blue van adjacent to the house. The entrance to the Subject Premises has the numbers "550" posted on side of a pipe rail gate with a single tree to the left of the gate as you face towards the home.  The Subject Premises are depicted in the following photographs.



Photograph downloaded from Google Street View on June 13, 2026



Surveillance photograph taken June 13, 2026.



Photograph downloaded from Google Maps on June 13, 2026

## ATTACHMENT B
### EVIDENCE TO BE SEIZED

The items, information, and data to be seized from the location described in Attachment A

constituting fruits, evidence, information relating to, contraband, or instrumentalities, in whatever

form and however stored, relating to violations of 18 U.S.C. § 641, Theft of Government Property,

as described in the search warrant affidavit, including:

    a.  Chainsaws;

    b.  Fuel canisters;

    c.  Trail camera;

    d.  Documents related to, assets, property, or other items of value that were taken from U.S. Government Facilities;

    e.  Proceeds, receipts, records, and other documents related to the buying and selling of stolen property;

    f.  Indicia of occupancy, residency, and ownership or control of the Subject Premises.